# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 09-3641

———————

| | | |
|---|---|---|
| David Meador, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of North Dakota. |
| | * | |
| Dan Anderson; Gene Bjerke, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

———————

Submitted: April 30, 2010
Filed: May 6, 2010

———————

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

———————

PER CURIAM.

David Meador appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against a deputy sheriff and the sheriff of Barnes County, North Dakota, alleging that he was subject to an unlawful arrest in violation of his constitutional rights. Upon de novo review, we conclude that summary judgment was proper for the reasons stated in the district court's order. See Pearson v. Callahan, 129 S. Ct. 808, 815-16 (2009) (qualified immunity); Thomas v. Dickel, 213 F.3d 1023, 1026 (8th Cir. 2000) (a failure-to-train claim cannot stand

_____

[1]The HONORABLE RALPH R. ERICKSON, United States District Judge for the District of North Dakota.

unless there is liability on an underlying substantive claim).  Accordingly, we affirm.
<u>See</u> 8th Cir. R. 47B.

_____